IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

RODNEY THOMAS HYSMITH,          *

    Plaintiff,                              *

        v.                                *          2:11-CV-498-TMH
                                  (WO)
LT. CHRIS MILES,                        *

    Defendant.                              *

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this 42 U.S.C. § 1983 action on June 23, 2011.  At the time he filed this suit, Plaintiff was incarcerated at the Elmore County Jail located in Wetumpka, Alabama. On September 9, 2011 the court entered an order of procedure.  Plaintiff's copy of this order was returned to the court marked as undeliverable because he was no longer at the address he provided to the court when he filed the captioned action.

All parties have an affirmative duty to inform the court of any change of address during the pendency of their cases. Accordingly, on September 16, 2011 the court entered an order directing Plaintiff to provide the court with his present address on or before September 26, 2011.  (*Doc. No. 10*.)  Plaintiff was cautioned that his failure to comply with the court's September 16 order would result in a recommendation that this complaint be dismissed. (*Id*.)  Plaintiff's copy of the court's September 16 order was returned to the court marked as undeliverable.   As it appears clear that Plaintiff is no longer residing at the most

recent service address he provided to the court and that he has not provided this court with a new address for service, the undersigned concludes that dismissal of the complaint is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action and to comply with the orders of this court.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before **November 2, 2011**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the

decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 19th day of October, 2011.

_____/s/Charles S. Coody_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE